IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLACKSTONE DEVELOPERS, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:15-cv-01072-N |
| LIBERTY MUTUAL INSURANCE, | § § § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Blackstone Developers, LLC ("Plaintiff") and Defendant Ohio Security Insurance Company, improperly served and sued as Liberty Mutual Insurance (collectively, the "Parties"), file this Joint Motion to Dismiss with prejudice, and in support thereof would respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted in this matter by Plaintiff Blackstone Developers, LLC against Ohio Security Insurance Company, be dismissed with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Blackstone Developers, LLC and Defendant Ohio Security Insurance Company, request that the above-styled and numbered case be dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring same.

Respectfully Submitted,

*/s/ Scott G. Hunziker*
Scott G. Hunziker
SBN 24032446

**THE VOSS LAW FIRM, P.C.**
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
scott@vosslawfirm.com

**ATTORNEYS FOR PLAINTIFF
BLACKSTONE DEVELOPERS, LLC**

*/s/ Colin Batchelor*
MARK D. TILLMAN
State Bar No. 00794742
COLIN BATCHELOR
State Bar No. 24043545

**TILLMAN BATCHELOR**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail: mark.tillman@tb-llp.com
E-mail: colin.batchelor@tb-llp.com

**ATTORNEYS FOR DEFENDANT
OHIO SECURITY INSURANCE
COMPANY**

**CERTIFICATE OF SERVICE**

      In accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on December 23, 2016, a true and correct copy of the above and foregoing instrument was served *via facsimile or electronic service* upon:

Scott G. Hunziker
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
scott@vosslawfirm.com

                                            */s/ Colin Batchelor*
                                            COLIN BATCHELOR