CAUSE NO. 104310-C
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLACKSTONE DEVELOPERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:15-cv-01072-N |
| | § | |
| LIBERTY MUTUAL INSURANCE, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day came on to be heard the parties' Joint Motion to Dismiss with Prejudice. Having considered the Motion, the Court is of the opinion that same should be **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that all claims that have been and/or could have been asserted in the above-styled lawsuit by Plaintiff Blackstone Developers, LLC against Defendant Ohio Security Insurance Company, improperly served and sued as Liberty Mutual Insurance, are hereby dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring the same. All relief not expressly granted herein is DENIED.

SIGNED December 29, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE